UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br> )<br> )<br>v.  )  Crim No. 1:24-cr-185-TJK<br> )<br>JASON GRIFFIN, )<br>              Defendant.  ) | |

## MOTION FOR HEARING ON PRETRIAL VIOLATION REPORT

Defendant, Jason Griffin, by William H. Dazey, Jr., respectfully moves the Court to set a hearing to address the Pretrial Violation Report filed July 2, 2024 at Document 58 in the above cause and in support states:

1. Undersigned counsel for defendant, Jason Griffin, and AUSA Anthony William Mariano have consulted concerning the Pretrial Violation Report. The parties jointly request that the Court set a VTC hearing to address the issues raised therein.

2. Mr. Griffin has undergone a 6-day period of inpatient treatment, ending July 8, 2024 and has commenced a medical assistance program involving monthly Vivitrol injections.   He has returned to work as of July 9, 2024 and has weekly aftercare meetings scheduled, commencing July 10, 2024. Undersigned counsel is informed and believes that, absent further issues with supervision, the United States is not requesting additional sanctions or modification of Mr. Griffin's conditions of pretrial supervision.

**WHEREFORE**, the parties move the Court for an order setting a VTC hearing on the Pretrial Violation Report at the Court's convenience.

Dated: July 9, 2024

<u>*William H. Dazey, Jr.*</u><br>
William H. Dazey, Jr.<br>
Indiana Federal Community Defenders, Inc.<br>
111 Monument Circle, Ste. 3200<br>
Indianapolis, IN. 46204-5172<br>
(317) 383-3520<br>
Attorney for Defendant

## **CERTIFICATE OF SERVICE**

    I certify that on July 9, 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

<u>*William H. Dazey, Jr.*</u>
William H. Dazey, Jr.