# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Crim No. 1:24-cr-185-TJK-4 |
| ) | |
| JASON GRIFFIN, ) | |
| Defendant. ) | |

## MOTION TO WITHDRAW APPEARANCE

William H. Dazey, Jr., Indiana Federal Community Defenders, moves the Court to withdraw his appearance as counsel for the Defendant in this cause. This case is adjudicated.

Respectfully submitted,

*William H. Dazey, Jr.*
William H. Dazey, Jr.
Indiana Federal Community Defenders, Inc.
111 Monument Circle, Suite 3200
Indianapolis, IN 46204
317-383-3520

## CERTIFICATE OF SERVICE

I hereby certify that on **March 24, 2025**, a copy of the foregoing **Motion to Withdraw Appearance** was electronically filed. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system. **I further certify that I have mailed the foregoing Motion** to Withdraw Attorney Appearance **via first-class mail to the defendant, Jason Griffin** on March 24, 2025**.**

*William H. Dazey, Jr.*
William H. Dazey, Jr.